UNITED STATES DISTRICT COURT
FILED
AUG 2 0 2026
ANDREW W. MOELLER, CLERK
WESTERN DISTRICT OF NY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ISIAH WILLIAMS

Plaintiff,

v.

22-CV-254 (JLS) (LGF)

PATRICK PHELAN, SCOTT PETERS, J.R. HOFFMAN, and INVESTIGATOR SHAFFER,

Defendants.

**DECISION AND ORDER**

*Pro se* Plaintiff Isiah Williams commenced this action on March 29, 2022. Dkt. 1. On December 12, 2022, Plaintiff filed an amended complaint alleging claims for violations of his constitutional rights against various state and local officials pursuant to 42 U.S.C. § 1983. Dkt. 9. The Court screened the amended complaint and permitted Plaintiff's malicious prosecution and denial of a fair trial claims against Phelan, failure to intervene claims against Peters and Shaffer, and false arrest claims against Phelan and Hoffman to proceed to service by U.S. Marshal. Dkt. 11, 15.

Defendants then moved to dismiss the Amended Complaint. Dkt. 23, 28, 40. Plaintiff opposed the motions (Dkt. 38, 43, 45), Defendants Hoffman, Shaffer, and Peters replied (Dkt. 49, 51), and Plaintiff filed two sur-replies (Dkt. 52, 55).

United States Magistrate Judge Leslie G. Foschio,[1] issued a Report and Recommendation ("R&R"), recommending that this Court grant Defendants' motions to dismiss the amended complaint with prejudice and without leave to amend. Dkt. 59.

Plaintiff objected to the recommendation that this Court grant Defendants' motions to dismiss. Dkt. 62. Defendants opposed Plaintiff's objections, Dkt. 65, 66, 69,[2] and Plaintiff replied. Dkt. 68, 70, 71.

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). Neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the R&R and the relevant record. Based on its *de novo* review R&R's recommendations, the Court accepts and adopts Judge Foschio's recommendation.

---

[1] This Court referred the case to Judge Foschio for all proceedings under 28 U.S.C. §§ 636(b)(1)(A), (B), and (C). Dkt. 21.

[2] Plaintiff contends that the Court cannot consider Defendant Peters' opposition to his objection since it was filed after the deadline set by the Court. Dkt. 71. The Court need not consider the content of Peters' opposition as it does not alter this Court's decision.

For the reasons above and in the R&R, Defendants' motions to dismiss (Dkt. 23, 28, 40) are GRANTED. Plaintiff's motion at Dkt. 50 is DIMISSED AS MOOT. The amended complaint is DISMISSED.

The Clerk of Court shall close this case.

SO ORDERED.

Dated: August 20, 2026
Buffalo, New York

JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE